# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **JUAN DAMIAN CORTES,** <br>       Defendant. | Case No. **4:23-cr-55-CLM-JHE** |

## ORDER

The magistrate judge has entered a report, recommending that the court deny Defendant Juan Damian Cortes' motion to suppress. (Doc. 32). Though the magistrate judge informed Cortes of his right to object to the report and recommendation within 14 days, the deadline to object has passed and Cortes has filed no objections.

Having considered the record, including the magistrate judge's report and recommendation (doc. 32), de novo the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court **DENIES** Cortes' motion to suppress (doc. 22).

**Done** and **Ordered** on February 5, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE